ISA DE PLEDGE, Appellant, v. THE CITY OF NEW YORK, Defendant, Impleaded with FREDERICK LOESER & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concur; Kelly, J., dissents.

ELLEN FOSTER, Respondent, v. UNION FERRY COMPANY, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present —Mills, Rich, Putnam, Blackmar and Jaycox, JJ.

HENRIETTA GARLISCH, as Administratrix, etc., of OTTO GARLISCH, Deceased, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of Kavanagh v. New York, Ontario & Western R. Co. [196 App. Div. 384], decided herewith. Rich, Blackmar and Jaycox, JJ., concur; Mills, J., votes to affirm upon the ground that the term " negligence " used in the portion of the charge criticised was intended to include the idea of proximate cause, with whom Jenks, P. J., concurs.

MARIE L. GUMPRECHT, Respondent, v. ANNIE M. SMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

AUGUSTA H. HESSLER, Respondent, v. JOHN HESSLER, Appellant.— In view of plaintiff's departure from her home on February 9, 1921, the order is modified so as to deny her alimony. Counsel fee is reduced to fifty dollars. Otherwise the order is affirmed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

HISTORICAL PRESS ASSOCIATION, Respondent, v. ANITA ARABE HART, Appellant.— We cannot decide the question of jurisdiction raised by defendant's answer upon affidavits. The question as to whether she resided in New York county or Nassau county is one of the issues for trial in the action. We think that under the circumstances the defendant should have her day in court, notwithstanding the default on the order of October 8, 1920. [193 App. Div. 956; 196 id. 904.] The order is reversed, the default opened and the judgment set aside on condition that defendant pay to plaintiff's attorney the sum of $100 within ten days. In default of such payment the order is affirmed, with ten dollars costs and disbursements. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

HARRY HITCHING, Respondent, v. GEORGE N. ROBINSON, Appellant. (Appeal No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

JAMES IMBRIE and Others, as Copartners, Doing Business under the Firm Name and Style of IMBRIE & Co., Respondents, v. D. NAGASE & Co., LTD., Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements, on the authority of Imbrie v. Nagase & Co., Ltd., No. 2 [196 App. Div. 380], decided herewith. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.